UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SCOTT SYZAK,

      Plaintiff,

                                            Case No. 1:16-cv-277

v.

                                            HONORABLE PAUL L. MALONEY

KEVIN CORNING,

      Defendant.
_____/


## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against

Plaintiff.



Dated:  September 27, 2017                       /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge